**FILED**

MAY 2 9 2008 *aew*

May 29 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

United States of America ex rel.                    )
                                                     )
Delbert Heard, B76789                                )        (Evidentiary Hearing Requested)
(Full name and prison number)                        )
(Include name under which convicted)                 )
                                                     )
PETITIONER                                           )        CASE NO:
                                                     )
        vs.                                          )        **08CV3097**
                                                     )
Warden Eddie Jones                                   )        **JUDGE COAR**
(Warden, Superintendent, or authorized               )        **MAG.JUDGE ASHMAN**
person having custody of petitioner)                 )
                                                     )
RESPONDENT, and                                      )
                                                     )
**(Fill in the following blank only if judgment**    )
**attacked imposes a sentence to commence**          )
**in the future)**                                   )
                                                     )
ATTORNEY GENERAL OF THE STATE OF                     )        Case Number of State Court Conviction:
                                                     )
        ILLINOIS                                     )        94 CR 4637
(State where judgment entered)                       )

### PETITION FOR WRIT OF HABEAS CORPUS – PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: Cook County Circuit Court, 2600 South California, Chicago, IL 60608

2. Date of judgment of conviction: 3-6-96

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

   3 Counts of 1st Degree Murder, 3 victims.

4. Sentence(s) imposed: Death Penalty, Commutted to natural life 1-10-03

5. What was your plea? (Check one)        (A) Not guilty        (x )
                                          (B) Guilty            (  )
                                          (C) Nolo contendere   (  )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:


Revised: 7/20/05

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):     Jury (x)          Judge only (  )

2. Did you testify at trial?     YES (  )          NO     (x)

3. Did you appeal from the conviction or the sentence imposed? YES ( x)  NO (  )

   (A)  If you appealed, give the

      (1)   Name of court:   Illinois Supreme Court

      (2)   Result:   Denied

      (3)   Date of ruling:   6-17-99

      (4)   Issues raised:   Batson Violation, Denial of Effective Assistance of Counsel, Denial of Due Process and Denial of Confrontation and Unconstitutionality of the Death Penalty.

   (B)  If you did not appeal, explain briefly why not:

4. Did you appeal, or seek leave to appeal, to the highest state court? YES (  )        NO (  )

   (A)  If yes, give the

      (1)   Result:

      (2)   Date of ruling:

      (3)   Issues raised:

   (B)  If no, why not:

5. Did you petition the United States Supreme Court for a writ of *certiorari*?  Yes (x)  No (  )

   If yes, give (A) date of petition:  10-4-99  (B) date *certiorari* was denied: __ - ____ -2000

2

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( X )  NO ( )

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: ___Cook County Circuit Court___

   B. Date of filing: ___12-18-97___

   C. Issues raised: ___Newly Discovered Evidence of Actual Innocence,___

   ___Denial of Due Process and Ineffective Assistance of Counsel.___

   _____

   D. Did you receive an evidentiary hearing on your petition?      YES ( x )  NO ( )

   E. What was the court's ruling? _____Dismissed_____

   F. Date of court's ruling: _____12-16-04_____

   G. Did you appeal from the ruling on your petition?      YES ( X )  NO ( )

   H. (a)  If yes, (1) what was the result? _____Affirmed_____

           (2) date of decision: _____12-8-06_____

      (b)  If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( X )  NO ( )

      (a)  If yes, (1) what was the result? _____Denied_____

           (2) date of decision: _____5-31-07_____

      (b)  If no, explain briefly why not: _____

   _____
   _____
   _____
   _____
   _____
   _____

Revised: 7/20/05

2. With respect to this conviction or sentence, have you filed a petition in **a state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?     YES ( )        NO (x )

    A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

        1.    Nature of proceeding         _____

        2.    Date petition filed           _____

        3.    Ruling on the petition        _____

        4.    Date of ruling             _____

        5.    If you appealed, what was
             the ruling on appeal?        _____

        6.    Date of ruling on appeal    _____

        7.    If there was a further appeal,
             what was the ruling ?        _____

        8.    Date of ruling on appeal    _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (x)

    A. If yes, give name of court, case title and case number: _____

_____

    B. Did the court rule on your petition?  If so, state

       (1) Ruling:    _____

       (2)   Date:    _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )        NO ( x)

    If yes, explain: _____

_____

_____

_____

_____

_____

_____

_____

Revised: 7/20/05

PART III - PETITIONER'S CLAIMS

(A) Ground 1: STATE COURT'S DECISION AFFIRMING MY CONVICTION
INVOLVED AN UNREASONABLE APPLICATION OF STRICKLAND V WASHINGTON,
WHEN I RAISED ON APPEAL THAT I WAS DENIED MY 14TH & 6TH AMENDMENT
RIGHTS TO DUE PROCESS AND EFFECTIVE ASSISTANCE OF COUNSEL, WHEN
IN MY EVIDENTIALLY CLOSE TRIAL WHERE MY IDENTIFICATION WAS THE
CENTRAL ISSUE, I WAS PREJUDICED BY MY TRIAL COUNSEL'S ERROR OF
FAILING TO REQUEST THE COURT PURSUANT TO IPI 3.15 TO INSTRUCT THE
JURY ON THE 5 FACTORS TO BE CONSIDERED IN EVALUATING IDENTIFICATION
TESTIMONY; RESULTING IN PREJUDICE TO ME SUFFICIENT TO UNDERMINE
CONFIDENCE IN THE OUTCOME OF MY TRIAL.


(B) Ground 2: STATE COURT'S DECISION AFFIRMING MY CONVICTION
INVOLVED AN UNREASONABLE APPLICATION OF STRICKLAND V WASHINGTON,
WHEN I RAISED ON APPEAL THAT I WAS DENIED MY 14TH & 6TH AMENDMENT
RIGHT TO DUE PROCESS AND EFFECTIVE ASSISTANCE OF COUNSEL, WHEN
BEFORE MY TRIAL MY COUNSEL INSTRUCTED MY ALIBI WITNESSES NOT TO
TELL LAW ENFORCEMENT OFFICIALS OF MY ALIBI, ENABLING PROSECUTION
TO DISCREDIT MY ALIBI WITNESSES BY ASSERTING THAT THEY NEVER TOLD
AUTHORITIES OF THE ALIBI; RESULTING IN PREJUDICE TO ME SUFFICIENT
TO UNDERMINE CONFIDENCE IN THE OUTCOME OF MY TRIAL.

5

(C) Ground 3: STATE COURT'S DECISION AFFIRMING MY CONVICTION INVOLVED A DECISION CONTRARY TO DUE PROCESS & CRANE V KENTUCKY, AND WAS BASED ON AN UNREASONABLE DETERMINATION OF THE FACTS IN LIGHT OF THE EVIDENCE PRESENTED, WHEN I RAISED ON APPEAL THAT I WAS DENIED MY 14TH AMENDMENT RIGHT TO DUE PROCESS WHEN IN MY EVIDENTIALLY CLOSE TRIAL, THE COURT PERMITTED PROSECUTION TO DISCREDIT MY ALIBI WITNESSES BY ASSERTING THAT THEY NEVER TOLD LAW ENFORCEMENT OFFICIALS OF MY ALIBI, AND THEN THE COURT EXCLUDED MY ALIBI WITNESS' REHABI-LITATION TESTIMONY THAT WOULD HAVE EXPLAINED TO THE JURY THAT THEY DID NOT TELL AUTHORITIES OF MY ALIBI BECAUSE THEY TOLD MY COUNSEL OF MY ALIBI AND HE INSTRUCTED THEM NOT TO TELL ANYONE ELSE.

(D) Ground 4: STATE COURT'S DECISION AFFIRMING MY CONVICTION INVOLVED A DECISION CONTRARY TO DUE PROCESS & DAVIS V ALASKA, AND WAS BASED ON AN UNREASONABLE DETERMINATION OF THE FACTS IN LIGHT OF THE EVIDENCE PRESENTED, WHEN I RAISED ON APPEAL THAT I WAS DENIED MY 6TH & 14TH AMENDMENT RIGHTS TO CONFRONTATION AND DUE PROCESS, WHEN IN MY EVIDENTIALLY CLOSE TRIAL, THE COURT EXCLUDED MY PROPOSED CROSS-EXAMINATION OF SOLE EYEWITNESS, I.E. CHILD OF MURDER VICTIM, AS TO WHETHER MURDER VICTIM WHO WAS KILLED IN BED KEPT OPEN COMMON DOOR OF ADJOINING MOTHER & CHILD BEDROOM, EVEN WHEN VICTIM WAS NAKED WITH A MAN; TO DISCREDIT EYEWITNESS' TESTIMONY.

2. All grounds raised in this petition have been presented to the to the highest court having jurisdiction.

6

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____ Grand Jury _____

(B) At arraignment and plea _____ Marshall Weinberg _____

(C) At trial _____ Weinberg _____

(D) At sentencing __ Frederick F. Cohn _____

(E) On appeal _____ Frederick F. Cohn _____

(F) In any post-conviction proceeding __ Frederick F. Cohn _____

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO ( x͟x͟ )

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: ___ 5-19-08 ___          _____
                    (Date)                         Signature of attorney (if any)

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
(Signature of petitioner)

B76789
_____
(I.D. Number)

_____
(Address)

7

Revised: 7/20/05