

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States Of America ex rel, ) <br> ) <br> DELBERT HEARD, B76789, ) <br> ) <br>     Petitioner, ) <br> ) <br> Vs. ) <br> ) <br> Acting Warden, JOSEPH MATHY, ) <br> ) <br>     Respondent. ) <br> ) | **FILED** <br> JUN 2 3 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT <br><br> Case No. 08C 3097 <br><br> Judge David H. Coar <br> Mag. Judge, Ashman <br><br> State Court Case No. <u>94 CR 4637</u> |

PETITIONER'S MOTION FOR LEAVE TO AMEND
PETITION FOR WRIT OF HABEAS CORPUS
TO CORRRECT TYPOGRAPHICAL ERRORS

1. In my enclosed "Amended Petition For Writ Of Habeas Corpus" I have not raised any additional claims.

2. However, after proof reading my initial petition I found a number of <u>typographical errors</u>.

3. Therefore, I request leave of the Court to file my Amended Petition <u>with corrected typos</u>.

Respectfully Submitted,

*/s/ Delbert Heard*

Delbert Heard, Petitioner - Pro se

Delbert Heard, B76789
Pontiac Prison
PO Box 99
Pontiac, IL 61764

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States Of America ex rel, ) <br> ) <br> DELBERT HEARD, B76789. ) <br> ) <br> Petitioner, ) <br> ) <br> Vs. ) <br> ) <br> Acting Warden, JOSEPH MATHY, ) <br> ) <br> Respondent. ) <br> ) | Case No. <u>08C 3097</u> <br><br> Judge David H. Coar <br> Mag. Judge, Ashman <br><br> State Court Case No. <u>94 CR 4637</u> |

### AFFIDAVIT / PROOF OF SERVICE

To: ATTORNEY GENERAL'S OFFICE
    Chief, Criminal Appeals Division
    100 W. Randolph St, 12th FL
    Chicago, IL 60601

To: Clerk Of U.S. District Court
    C/O Prisoner Correspondent
    219 S. Dearborn
    Chicago, IL 60604

Please take notice that on <u>6-16</u>, 20<u>08</u>, I have placed the required number of copies of the legal documents listed below in the mail at <u>PoNTIAC</u> Prison, properly addressed with proper postage.

PLAINTIFF'S MOTION FOR LEAVE TO AMEND PETITION, AMENDED PETITION & MEMORANDUM OF LAW IN SUPPORT OF PETITION.

I DELBERT HEARD, swear under penalty of perjury that I mailed the required number of copies of the above documents to the parties listed above on <u>6-16</u>, 20<u>08</u>.

_/s/ Delbert Heard_
Mr. Delbert Heard