## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3097 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA ex rel Delbert Heard vs. Joseph Mathy | | |

**DOCKET ENTRY TEXT**

Petitioner's Motion [9] for leave to amend Petition for Writ of Habeas Corpus to correct typographical Errors is Granted.   The Respondent shall answer or plead to the Petitioner's Habeas petition on or before September 8, 2008.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|