MHN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Delbert Heard, B76789, Petitioner, <br><br> V <br><br> Joseph Mathy, Respondent, | CASE No. 08 C 3097 <br><br> Judge DAVID H. COAR <br><br> State Court Case No. 94 CR 4637 |

FILED
8-26-2008
AUG 26 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PETITIONER'S MOTION FOR LEAVE & REASONABLE TIME TO FILE 2ND AMENDED HAB PETITION

Now I come, Petitioner Delbert Heard proceeding pro se and pursuant to Rule 15(a) of the FRCP I move the Court for leave to file a 2nd Amended Petition.

1. The Court has previously granted leave for me to file an amended petition to correct typographical errors in my petition.

2. I'm not skilled in law and I'm litigating these proceedings from my review of the ~~law~~ vague instructions I ~~have~~ received from the clerk of



1 of 2

the court, and from tips I get from the prisoners in the prison's Library.

3. After a second review of the Federal Hab statute, I feel that I must present additional facts & exhibits to support my claims that I raised in my petition.

4. In the interest of justice I request one more chance to properly present my claims for proper federal review.

5. For the above reasons I pray that the court grant my motion for Leave & reasonable time to file a 2nd Amended Hab Petition.

Respectfully Submitted,

_____
Delbert Heard - Petitioner

Delbert Heard, B76789
Pontiac Prison
PO Box 99
Pontiac, IL 61764

2 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| HEARD, B76789, PETITIONER, <br><br> V <br><br> MATHY, RESPONDENT. | CASE No. 08 C 3097 <br><br> JUDGE, COAR <br><br> State Court Case No. 94 CR 4637 |

AFFIDAVIT / PROOF OF SERVICE

To: ATTORNEY GENERAL'S OFFICE
CHIEF CRIMINAL APPEALS DIVISION
100 W. RANDOLPH ST, 12TH FL
CHICAGO, IL 60601

To: CLERK OF U.S. DIST COURT
c/o Prisoner Correspondent
219 S. Dearborn St.
Chicago, IL 60604

I DELBERT HEARD, swear under Penalty of perjury that I mailed the required number of copies of the attached Motion For Leave to File a 2nd Amended Petition to the party & court above listed by placing said documents in the outgoing mail at Pontiac Prison with proper postage on 8-21-08

_____
DELBERT HEARD